JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LADONNA FAYE CHANDLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-13-027 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO VACATE PRELIMINARY EXAMINATION AND SET STATUS CONFERENCE AND TO EXCLUDE TIME** |
| v. | ) ) | |
| LADONNA FAYE CHANDLER, | ) ) | Date : February 14, 2013 |
| Defendant. | ) ) | Time: 9:00 a.m. Judge: Morrison C. England, Jr. |
| _____ | ) | |

It is hereby stipulated and agreed to by and between the United States of America, through Michelle Rodriguez, Assistant U.S. Attorney, and defendant, LADONNA FAYE CHANDLER, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the preliminary examination currently set for Friday, February 1, 2013, be vacated and a status conference hearing date of Wednesday, February 21, 2013, at 9:30 a.m., be set.

The continuance is necessary based on the new Information filed on January 31, 2013. It is further stipulated that the time period from the date of this stipulation, January 31, 2013, through and including February 21, 2013, shall be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated: January 31, 2013

                                    Respectfully submitted,

                                    JOSEPH SCHLESINGER
                                    Acting Federal Defender

                                    */s/ Matthew C. Bockmon*
                                    MATTHEW C. BOCKMON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    LADONNA FAYE CHANDLER

Dated: January 31, 2013                      BENJAMIN B. WAGNER
                                    United States Attorney

                                    */s/ Matthew C. Bockmon for*
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on February 1, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the preliminary examination currently set for Friday, February 1, 2013, be vacated and that a status conference be set for **Wednesday, February 21, 2013, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 1, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including February 21, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: February 1, 2013.

                                                    EDMUND F. BRENNAN
                                                  UNITED STATES MAGISTRATE JUDGE