JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LADONNA FAYE CHANDLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00027-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA AND TO EXCLUDE TIME** |
| v. | |
| LADONNA FAYE CHANDLER, | Date : March 28, 2013 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to by and between the United States of America, through Michelle Rodriguez, Assistant U.S. Attorney, and de fendant, LADONNA FAYE CHANDLER, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defe nder, that the status conference currently set for Thursday, February 21, 2013, be vacated and a change of plea hearing date of Thursday, March 28, 2013, at 9:30 a.m., be set.

The continuance is necessary to meet with Defendant to discuss the terms of the plea agreement.

It is further stipulated that the time period from the date of this stipulation, February 20, 2013, through and including March 28, 2013, shall be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

/ / /

/ / /

Dated: February 20, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

 */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
LADONNA FAYE CHANDLER

Dated: February 20, 2013

BENJAMIN B. WAGNER
United States Attorney

 */s/ Matthew C. Bockmon for*
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

Based on the reasons set forth in the stipulation of the parties filed on February 20, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for Thursday, February 21, 2013, be vacated and that a change of plea hearing be set for **Thursday, March 28, 2013, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 20, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including March 28, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: February 21, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE