BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LADONNA FAYE CHANDLER,<br><br>    Defendant. | 2:13-CR-00027-MCE<br><br>APPLICATION AND ORDER FOR MONEY JUDGMENT |

On March 28, 2013, defendant Ladonna Faye Chandler entered a guilty plea to Counts One through Twelve of the Information, which charges her with Bank Fraud in violation of 18 U.S.C. § 1344(2).

As part of her plea agreement with the United States, defendant Ladonna Faye Chandler agreed to forfeit voluntarily and immediately $274,360.46, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of violations of 18 U.S.C. § 1344(2), to which she has pled guilty. See Defendant Chandler's Plea Agreement ¶ 5. Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 982(a)(2)(A) and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Ladonna Faye Chandler in the amount of $274,360.46.

1

2. The above-referenced personal forfeiture money judgment is imposed based on defendant Ladonna Faye Chandler's conviction for violating 18 U.S.C. § 1344(2) (Counts One through Twelve). Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offenses of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Att: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

Dated: 4/22/13

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

## O R D E R

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Ladonna Faye Chandler in the amount of $274,360.46. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

DATE: April 23, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT